**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Darryl Robinson, Jr., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3336 |
| | § | |
| Pilot Travel Centers LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Richard W. Bennett's Report and Recommendation ("R&R") that the Court deny Plaintiff Darryl Robinson Jr.'s Motion to Proceed *in forma pauperis* without prejudice. Doc. 3 (Motion), 8 (Report and Recommendation). Plaintiff did not object to the R&R. Because no part of it is clearly erroneous or contrary to law, *see* Fed. R. Civ. P. 72(a), the R&R is adopted in full. Plaintiff's Motion to Proceed *in forma pauperis* is DENIED WITHOUT PREJUDICE.

**SO ORDERED**.

**SIGNED** at Houston, Texas, on the 2nd of July, 2026.

_____
Nicholas J. Ganjei
United States District Judge