United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Darryl Robinson, Jr., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3336 |
| | § | |
| Pilot Travel Centers LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is a Report and Recommendation by Magistrate Judge Richard W. Bennett. Doc. 21. Magistrate Judge Bennett recommends that the Court dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b) because Plaintiff's failed to comply with this Court's previous order requiring Plaintiff to pay the action's filing fee or submit a clarifying motion on or before July 23, 2026. Docs. 19, 21. For the reasons set forth below, the Court adopts the Report and Recommendation as its Memorandum and Order and DISMISSES the case without PREJUDICE.

When a party objects to any part of a magistrate judge's disposition, the district court reviews it *de novo*. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C); *see also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (*per curiam*). The court need not consider general, frivolous, or conclusory objections to a Report and Recommendation. *See Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). The court may accept any other portions to which there is no objection if satisfied that no clear error appears on

the face of the record. *See Guillory v. PPG Indus. Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*)); *see also* Fed. R. Civ. P. 72(b) advisory committee note (1983).

The Court has reviewed the pleadings, the record, the applicable law, and the objections. The Court has also reviewed *de novo* the recommendations of the Magistrate Judge to which Plaintiff objected. The Court finds that the objections lack merit and OVERRULES them. No clear error otherwise appears in the Report and Recommendation.

The Report and Recommendation of the Magistrate Judge is adopted as the Memorandum and Order of this Court.

This case is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 25th of August, 2026.

Nicholas J. Ganjei
United States District Judge